**Order entered June 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00408-CV

**JEFFORY BLACKARD, Appellant**

**V.**

**ATTORNEY PRO TEM KENT A. SCHAFFER,
IN HIS OFFICIAL CAPACITY, ET AL., Appellees**

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-05246-2015**

## ORDER

Before the Court are appellees' May 27, 2016 motion to dismiss and appellant's June 2, 2016 motion to consolidate briefing to address the motion to dismiss in the briefs on the merits and enter an expedited schedule. We **DEFER** appellees' motion to dismiss to the submissions panel. We **GRANT** appellant's motion **only to the extent** that the parties shall address appellees' motion to dismiss in their briefs on the merits.

/s/    CRAIG STODDART
        JUSTICE